REED *et al.* v. WOLCOTT, *Guardian.*

No. 5947. Opinion Filed March 24, 1914.

*Error from District Court, Washington County;*

*R. H. Hudson, Judge.*

Action by W. Wolcott, as guardian of David A. Reed, a minor, against Andrew Reed, former guardian, and the Title Guaranty & Surety Company, as surety. Judgment for plaintiff, and defendants bring error. Dismissed.

*Norman Barker* and *A. E. Craver,* for plaintiffs in error.

*Hill & Sompayrac,* for defendant in error.

TURNER, J.   This case involves the same state of facts as the case of *Reed et al. v. Wolcott, Guardian, ante,* 139 Pac. 318, and for the reasons stated in that opinion this appeal is dismissed. ·

All the Justices concur.